United States District Court
Southern District of New York

_____

|  |  |
|---|---|
| Walsh Costigan, | ) |
|  | ) |
|     Plaintiff, | ) |
|  | )  No. 17-2 (JPO) |
|  - against - | ) |
|  | ) |
| Jonathon Ende; Bizodo Inc. a/k/a | ) |
| SeamlessDocs Inc. and SeamlessDocs Inc. | ) |
| a/k/a SeamlessDocs, | ) |
|  | ) |
|     Defendants. | ) |
|  | ) |

_____)

### Affirmation of David Abrams in Support of Application for Fees and Costs

1. I am an attorney for the Plaintiff in the above-referenced matter.  I am a solo practitioner in the City of New York and I make and submit this declaration in support of plaintiff's application for attorneys' fees and costs pursuant to the Court's instructions.

2. As set forth in more detail below, I am requesting that the Court approve $810.00 in attorneys fees and $190.00 in costs for a total of $1,000.00, which is the amount of attorneys fees allocated to my client's FLSA claims.

3. A printout of my contemporaneous time records is attached hereto; I am including only entries which relate primarily or solely to my client's FLSA claims; it includes an extra half-hour for future work to finalize the settlement in this matter.

4. In terms of my background, I received a BS in Applied Mathematics from Stanford University in 1992 and a JD from Columbia Law School in 1997.  I was admitted to practice in New Jersey in 1997 and subsequently admitted in New York.  I worked as an associate with major international law firms from 1997 to 2002 and have

substantial experience in federal litigation. Since 2002 I have worked as a solo practitioner, practicing primarily in the area of labor and employment law and have prosecuted employment cases in state and federal courts.

5. In terms of my hourly rate, in the past year I have had $400 per hour approved in two contested fee applications in Brooklyn. *Saldana v. New Start Group*, *Inc.*, Case No. 14cv4049 (E.D.N.Y. July 6, 2016), Docket No. 51 at 5; *Mensah v. Falletta Carting*, No. 15 cv 3227 (E.D.N.Y. Aug. 8, 2016). More recently, I have started to increase the hourly rate I am seeking in cases in Manhattan Federal Court.

6. Here, such an increase is immaterial since I am asking that the Court approve only $810 to honor my 1/3 contingency rate with my client, which is well under the $400 per hour I had approved last year.

7. In addition, I incurred $190 extra in costs in this matter due to inclusion of the FLSA claims and filing in Federal Court.

8. Accordingly, I respectfully request that the Court approve $1,000.00 in attorneys fees and costs as to my client's FLSA claim.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ David Abrams

David Abrams, Attorney at Law

Dated: May 16, 2017
New York, New York

2

| Date | Activity | Amt. |
|---|---|---|
| 12/20/16 | T/C client re: days and hours of work; Job duties; use of interstate facilities (0.2) Research re: possible exemptions to FLSA coverage (0.6) | 0.8 |
| 4/23/17 | Prepare draft letter to Court re: settlement | 0.4 |
| 4/25/17 | File letter to Court re: settlement | 0.1 |
| 5/9/17 | Review court order re: settlement; exchange e-mails w/ adv. re: same | 0.2 |
| 5/15/17 | Prepare application to court re: attorney fee issue. | 0.6 |
|  | Anticipated future work to finalize settlement | 0.5 |
| Total: |  | 2.6 |